IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| SHAE N POULOS | ) NO.: 19-19723 |
| *AKA* SHAE N REINMANM, | ) |
| | ) CHAPTER 7 |
| Debtor. | ) |
| | ) JUDGE: PAMELA S. HOLLIS |
| | ) |

### NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON October 11, 2019 at 10:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, U.S. Bankruptcy Judge, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432 and shall then and there present the attached Motion and at which time you may appear if you so desire.

### CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on October 4, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC
*/s/Dana   O'Brien*
Dana   O'Brien
ARDC# 6256415
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## NOTICE OF MOTION ADDRESSES

| | |
|---|---|
| To Trustee:<br>Peter N Metrou<br>Metrou & Nemiroff PC<br>123 W Washington St Suite 216<br>Oswego, IL 60543 | *by Electronic Notice through ECF* |
| To Debtor:<br>Shae N Poulos<br>*aka* Shae N Reinmanm<br>2477 Claridge Lane<br>Montgomery, IL 60538 | *Served via U.S. Mail* |
| To Attorney:<br>David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | *by Electronic Notice through ECF* |

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE |
| ) | |
| SHAE N POULOS, ) | NO.: 19-19723 |
| *AKA SHAE N REINMANM*, ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |
| ) | JUDGE: PAMELA S. HOLLIS |
| ) | |
| ) | |

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES U.S. Bank National Association by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 2477 Claridge Ln, Montgomery, Illinois 60538 be Modified stating as follows:

1. On July 14, 2019, the above captioned Chapter 7 was filed.

2. U.S. Bank National Association services the first mortgage lien on the property located at 2477 Claridge Ln, Montgomery, Illinois 60538.

3. The debt is based on an April 28, 2016, Mortgage and Note in the original sum of $200,305.00.

4. As of September 19, 2019, the total debt owed to U.S. Bank National Association on the above captioned account is estimated at $194,028.38. Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion. A Broker Price Opinion obtained August 29, 2019 list the as is value of said property at $229,900.00.

5. The account is currently due and owing to U.S. Bank National Association for the June 2019 current mortgage payment and those thereafter.

6. Documentation provided is in support of right to seek a lift of stay and foreclosure if necessary.

7. U.S. Bank National Association continues to be injured each day it remains bound by the Automatic Stay.

8. U.S. Bank National Association is not adequately protected.

9. The property located at 2477 Claridge Ln, Montgomery, Illinois 60538 is not necessary for the Debtor's reorganization.

10. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, U.S. Bank National Association PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) should be waived as not applicable, and for such other relief as this Court deems just.

                                              U.S. Bank National Association

                                              McCalla Raymer Leibert Pierce, LLC

By:    */s/Dana O'Brien*
        Dana O'Brien
        Illinois Bar No. 6256415
        Attorney for Creditor
        1 N. Dearborn Suite 1200
        Chicago, IL  60602
        Phone: (312) 346-9088
        Fax: (312) 551-4400
        Email: ILpleadings@mrpllc.com